UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-25073-Civ-COOKE/TORRES

ARIEL QUIROS,

    Plaintiff,

vs.

IRONSHORE INDEMNITY, INC.,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE UPON NOTICE OF SETTLEMENT**

THIS CASE is before me on the parties' Joint Notice of Settlement and Request to Remove Matter from Trial Calendar and Cancel October 17, 2018 Hearing ("Joint Notice") (ECF No. 127). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or moving for dismissal pursuant to Rule 41(a)(2). The parties shall file a Status Report regarding their progress toward final approval of the settlement at the end of sixty (60) days from the date of this Order.

The hearing scheduled for October 17, 2018 is **CANCELLED**. The Clerk shall **ADMINISTRATIVELY CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 12th day of October 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*