UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-25073-MGC

ARIEL QUIROS,

    Plaintiff/Counter-Defendant,

v.

IRONSHORE INDEMNITY, INC.,

    Defendant/Counter-Plaintiff/
    Intervenor-Defendant,

    _____/

MICHAEL I. GOLDBERG, as court-appointed
Receiver for Q Resorts, Inc.,

    Intervenor Plaintiff,

v.

IRONSHORE INDEMNITY, INC.

    Intervenor Defendant.

    _____/

## JOINT STATUS REPORT

Plaintiff, Ariel Quiros (herein "Plaintiff" or "Mr. Quiros"), jointly with Defendant, Ironshore Indemnity, Inc. ("Ironshore"), and Intervenor Plaintiff, Michael I. Goldberg, not individually, but solely in his capacity as Court-Appointed Receiver for Q Resorts ("Receiver") (collectively, the "Parties"), respectfully submit this Joint Status Report, pursuant to this Court's October 12, 2018, Order Administratively Closing Case Upon Notice Of Settlement (ECF No. 128), and state:

The Parties filed a Notice of Settlement on October 12, 2018, advising the Court that the parties had reached an agreement to terms for settlement of this case but that they are working on final settlement documentation (which would include a final settlement agreement, notice forms, a preliminary approval order, and a final approval order. (ECF No. 127). The Parties have made progress toward finalization of the documents. The documents are complicated by the fact that several parties are involved in the agreement including a Court-appointed Receiver, and the agreement must be filed in the public record and approved by the Receivership Court. The Parties are working through these issues.

The agreement has been held up, however, by ongoing interference from former counsel for Mr. Quiros, the Leon Cosgrove Firm, who has filed motions, sent subpoenas, and sent communications to counsel threatening suit based on their speculation regarding the terms of the settlement and final agreement. Addressing the Leon Cosgrove firms' filings and tactics has caused the Parties to divert attention and time from finalization of the documents to responding to the Leon Cosgrove firms' efforts, at expense to the Parties, and to assuring that each of their concerns are either rebuffed or addressed. The Parties have researched all issues raised by the Leon Cosgrove firm and are confident that an agreement can be finalized within the next fourteen days, at which point the agreement will be submitted to the Receivership Court for the approval process.

**WHEREFORE**, for the reasons set forth above, the Parties respectfully request that this Court set this matter for an updated status report in sixty (60) days so that the Parties may report on the progress of the approval process with the Receivership Court.

Respectfully submitted,

DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

*/s/ Melissa D. Visconti*
Melissa Damian Visconti
Florida Bar No. 0068063
Email:  mvisconti@dvllp.com
Melanie E. Damian
Florida Bar No. 99392
Email: mdamian@dvllp.com
*Counsel for Ariel Quiros*

## CERTIFICATE OF SERVICE

I hereby certify that on this on December 11, 2018, I electronically served copies of the foregoing this day on all counsel of record via CM-ECF.

*/s/ Melissa Damian Visconti*
Melissa Damian Visconti, Esq.